McGREGOR W. SCOTT
United States Attorney
LAURA L. FERRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2932

# FILED



JUN 2 8 2007



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

# SEALED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

2:07-CR-0290 WBS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br><br>                    v.<br><br>ELDEN RAY CIBART,<br><br>                    Defendant. | )<br>)  CR.S<br>)<br>)  VIOLATION: 18 U.S.C. § 2252<br>)  (a)(4)(B) – Possession of<br>)  Visual Depictions of Minors<br>)  Engaged in Sexually Explicit<br>)  Conduct; 18 U.S.C. § 2253 –<br>)  Forfeiture<br>)<br>)<br>)<br>)<br>) |

## I N D I C T M E N T

COUNT ONE:        [18 U.S.C. § 2252(a)(4)(B) – Possession of
                  Visual Depictions of Minors Engaged in Sexually
                  Explicit Conduct]

    The Grand Jury charges: T H A T

                    ELDEN RAY CIBART,

defendant herein, on or about January 18, 2006, in the County of

Shasta, State and Eastern District of California, did knowingly

possess matters, to wit: two hard drives and several disks which

were produced using materials which have been mailed, shipped and

transported in interstate and foreign commerce, and contained

1

1  visual depictions that had been shipped and transported in
2  interstate and foreign commerce, by any means including by
3  computer, and the production of which visual depictions involved
4  the use of minors engaged in sexually explicit conduct, as
5  defined by Title 18, United States Code, Section 2256(2), and the
6  visual depictions were of such conduct, all in violation of Title
7  18, United States Code, Section 2252(a)(4)(B).
8  <u>FORFEITURE ALLEGATION</u>:   [18 U.S.C. § 2253 - Forfeiture]
9       The Grand Jury further charges:  T H A T
10                     ELDEN RAY CIBART,
11 defendant herein, upon conviction for violating 18 U.S.C. §
12 2252(a)(4)(B), as alleged in Count One above, shall forfeit to
13 the United States his interest in any and all matter which
14 contains visual depictions of minors engaged in sexually explicit
15 conduct produced, transported, shipped, received or possessed in
16 violation thereof; any property constituting or traceable to
17 gross profits or other proceeds the defendant obtained directly
18 or indirectly as a result of said violations; and any and all
19 property used or intended to be used in any manner or part to
20 commit and to promote the commission of the aforementioned
21 violation, including but not limited to: a Maxtor hard drive
22 serial number R3036A4S, a Seagate hard drive serial number
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

1   3HT0QHPY, and several computer disks, all in violation of Title

2   18, United States Code, Section 2253.

A TRUE BILL.

/S/ Signature on file w/AUSA

FOREPERSON

McGREGOR W. SCOTT
United States Attorney

3

*No.*

2 0 7 - cr - 0 2 9 0 WBS

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
vs.

## ELDEN RAY CIBART

## I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. § 2252(a)(4)(B) - Possession of Visual
Depictions of Minors Engaged in Sexually Explicit Conduct; 18 U.S.C.
§ 2253 - Forfeiture

*A true bill,*

/S/

*Foreman.*

*Filed in open court this* ___ 28th ___ *day*

*of* ___ June ___ *, A.D. 20 07*

C Schultz

*Clerk.*

*Bail, $* ___

GPO 863 525

**ELDEN RAY CIBART**
PENALTY SLIP   2: 0 7 - CR - 0 2 9 0 WBS

**COUNT 1:**
VIOLATION: 18 U.S.C. § 2252(a)(4)(B) - Possession of Visual Depictions of Minors
      Engaged in Sexually Explicit Conduct

PENALTY: NMT 10 Years Imprisonment
     NMT $250,000 Fine
     TSR - Up to Life

**FORFEITURE**
**ALLEGATION:** As Indicated in the Indictment