```
FILED
July 5, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>           )<br>                Plaintiff, )<br>           )<br>v.         )<br>           )<br>ELDEN RAY CIBART, )<br>           )<br>                Defendant.         ) | Case No. CR.S-07-0290-WBS<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ELDEN RAY CIBART, Case No. CR.S-07-0290-WBS from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___   Release on Personal Recognizance

    _X_   Bail Posted in the Sum of $100,000.00

        _X_   Unsecured Appearance Bond

        ___   Appearance Bond with 10% Deposit

        ___   Appearance Bond with Surety

        _X_   (Other) Conditions as stated on the record.

        ___   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  July 5, 2007  at  3:24 p.m.

By  /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge