DANIEL BRODERICK, Bar No. 89424
Federal Defender
NED SMOCK, Bar No. 236238
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
ELDEN RAY CIBART

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ELDEN RAY CIBART ) <br> ) <br> ) <br> Defendant. ) <br> _____) | No. CR S-07-290 WBS <br><br> **STIPULATION AND ORDER** <br><br><br> Date: October 1, 2007 <br> Time: 8:30 A.M. <br> Judge: Hon. William B. Shubb |

    Plaintiff United States of America, by its counsel, Assistant United States Attorney Laura Ferris, and defendant Elden Ray Cibart, by his counsel, Ned Smock, hereby stipulate and agree that the status conference now scheduled for July 23, 2007 at 8:30 AM be vacated and a new date of October 1, 2007 at 8:30 AM be set for status conference.

    Mr. Cibart made his first appearance earlier this month and the defense recently received discovery.  Defense counsel is reviewing discovery and developing an investigation plan.  There is further discovery material, including computer evidence, that defense counsel will need to arrange to view as well.  Additional time is needed for

1

these tasks.

It is stipulated that the period from July 23, 2007 until October 1, 2007 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

```
                              Respectfully submitted,
                              McGREGOR SCOTT
                              United States Attorney


DATED:  July 19, 2007         /s/ Ned Smock for Laura Ferris
                              LAURA FERRIS
                              Assistant U. S. Attorney


DATED:  July 19, 2007         /s/ Ned Smock
                              NED SMOCK
                              Attorney for Defendant
                              ELDEN RAY CIBART
```

**O R D E R**

FOR GOOD CAUSE SHOWN IT IS SO ORDERED.

DATED:  July 22, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE