DANIEL BRODERICK, Bar No. 89424
Federal Defender
NED SMOCK, Bar No. 236238
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
ELDEN RAY CIBART

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                    )<br>            Plaintiff,              )<br>                                    )<br>       v.                           )<br>                                    )<br>                                    )<br>ELDEN RAY CIBART                    )<br>                                    )<br>                                    )<br>            Defendant.              )<br>_____) | No. CR S-07-290 WBS<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER**<br><br>Date: November 19, 2007<br>Time: 8:30 A.M.<br>Judge: Hon. William B. Shubb |

     Plaintiff United States of America, by its counsel, Assistant United States Attorney Laura Ferris, and defendant Elden Ray Cibart, by his counsel, Ned Smock, hereby stipulate and agree that the status conference now scheduled for October 1, 2007 at 8:30 AM be vacated and a new date of November 19, 2007 at 8:30 AM be set for status conference.

     Defense counsel is reviewing discovery provided by the government.  Defense counsel is arranging to review the hard drive with the case agent and will likely need to retain an expert to assist in the review of the forensic computer evidence.  Additional time is

1

needed for these tasks.

It is stipulated that the period from October 1, 2007 until November 19, 2007 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

```
                                  Respectfully submitted,
                                  McGREGOR SCOTT
                                  United States Attorney


DATED:  September 27, 2007        /s/ Ned Smock for Laura Ferris
                                  LAURA FERRIS
                                  Assistant U. S. Attorney


DATED:  September 27, 2007        /s/ Ned Smock
                                  NED SMOCK
                                  Attorney for Defendant
                                  ELDEN RAY CIBART
```

**O R D E R**

FOR GOOD CAUSE SHOWN IT IS SO ORDERED.

DATED: September 28, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2