DANIEL BRODERICK, Bar No. 89424
Federal Defender
NED SMOCK, Bar No. 236238
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
ELDEN RAY CIBART

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. CR S-07-290 WBS |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER** |
| | ) | |
| | ) | |
| ELDEN RAY CIBART | ) | Date: January 7, 2008 |
| | ) | Time: 8:30 A.M. |
| | ) | Judge: Hon. William B. Shubb |
| Defendant. | ) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney Laura Ferris, and defendant Elden Ray Cibart, by his counsel, Ned Smock, hereby stipulate and agree that the status conference now scheduled for November 19, 2007 at 8:30 AM be vacated and a new date of January 7, 2008 at 8:30 AM be set for status conference.

Defense counsel is negotiating with the government about terms and logistics for the review of computer evidence in San Francisco and Redding and reviewing paper discovery with the defendant.  Additional time is needed for these tasks.

1

It is stipulated that the period from November 19, 2007 until January 7, 2008 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

```
                                    Respectfully submitted,
                                    McGREGOR SCOTT
                                    United States Attorney


DATED:  November 15, 2007           /s/ Ned Smock for Laura Ferris
                                    LAURA FERRIS
                                    Assistant U. S. Attorney



DATED:  November 15, 2007           /s/ Ned Smock
                                    NED SMOCK
                                    Attorney for Defendant
                                    ELDEN RAY CIBART
```

**O R D E R**

FOR GOOD CAUSE SHOWN IT IS SO ORDERED.

DATED: November 19, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE