DANIEL BRODERICK, Bar No. 89424
Federal Defender
NED SMOCK, Bar No. 236238
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
ELDEN RAY CIBART

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                    )<br>          Plaintiff, )<br>                    )<br>     v.             )<br>                    )<br>                    )<br>ELDEN RAY CIBART    )<br>                    )<br>                    )<br>          Defendant. )<br>_____) | No. CR S-07-290 WBS<br><br>**STIPULATION AND [~~PROPOSED~~]<br>ORDER**<br><br>Date: March 3, 2008<br>Time: 8:30 A.M.<br>Judge: Hon. William B. Shubb |

Plaintiff United States of America, by its counsel, Assistant United States Attorney Laura Ferris, and defendant Elden Ray Cibart, by his counsel, Ned Smock, hereby stipulate and agree that the status conference now scheduled for February 4, 2008 at 8:30 AM be vacated and a new date of March 3, 2008 at 8:30 AM be set for status conference.

Defense counsel recently reviewed computer evidence in San Francisco and has requested additional discovery regarding the contents of computer discs.  The defense also needs additional time to perform investigation and discuss the recently reviewed computer

evidence with the defendant.

It is stipulated that the period from February 4, 2008 until March 3, 2008 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Respectfully submitted,
McGREGOR SCOTT
United States Attorney


DATED:   January 30, 2008        /s/ Ned Smock for Laura Ferris
                                 LAURA FERRIS
                                 Assistant U. S. Attorney


DATED:   January 30, 2008        /s/ Ned Smock
                                 NED SMOCK
                                 Attorney for Defendant
                                 ELDEN RAY CIBART


**O R D E R**

FOR GOOD CAUSE SHOWN IT IS SO ORDERED.


DATED:   February 1, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE