```
DANIEL BRODERICK, Bar No. 89424
Federal Defender
NED SMOCK, Bar No. 236238
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
ELDEN RAY CIBART
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
| ) | No. CR S-07-290 WBS |
| Plaintiff,   ) | |
| ) | **STIPULATION AND [PROPOSED]** |
| v.                      ) | **ORDER** |
| ) | |
| ) | |
| ELDEN RAY CIBART                 ) | Date: April 14, 2008 |
| ) | Time: 8:30 A.M. |
| ) | Judge: Hon. William B. Shubb |
| Defendant.   ) | |
| _____) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney Laura Ferris, and defendant Elden Ray Cibart, by his counsel, Ned Smock, hereby stipulate and agree that the status conference now scheduled for March 3, 2008 at 8:30 AM be vacated and a new date of April 14, 2008 at 8:30 AM be set for status conference.

The defense is seeking to retain a computer forensic expert to assist in the review of two hard drives and dozens of discs.  In addition, current defense counsel will be leaving the Federal Defender's Office, so new counsel will need time to become familiar

with the case.

It is stipulated that the period from March 3, 2008 until April 14, 2008 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

```
                                    Respectfully submitted,
                                    McGREGOR SCOTT
                                    United States Attorney


DATED:   February 29, 2008          /s/ Ned Smock for Laura Ferris
                                    LAURA FERRIS
                                    Assistant U. S. Attorney


DATED:   February 29, 2008          /s/ Ned Smock
                                    NED SMOCK
                                    Attorney for Defendant
                                    ELDEN RAY CIBART
```

**O R D E R**

FOR GOOD CAUSE SHOWN IT IS SO ORDERED.

DATED:   February 29, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2