DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ELDEN RAY CIBART

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-07-290 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [~~PROPOSED~~]ORDER |
| v. | ) | |
| | ) | |
| ELDEN RAY CIBART, | ) | Date: June 16, 2008 |
| | ) | Time: 8:30 a.m. |
| Defendant. | ) | Judge: Hon. William B. Shubb |
| | ) | |
| _____ | ) | |

    It is hereby stipulated between the parties, Assistant United States Attorney Philip Ferrari, and Assistant Federal Defender Caro Marks, attorney for defendant Elden Ray Cibart, as follows:

    The status conference hearing date of April 14, 2008, should be continued until June 16, 2008.

    The parties request a continuance because both undersigned counsel are new to the case. Undersigned defense counsel just received this case from Ned Smock, AFD, who has left the office. Undersigned

government counsel inherited this case from Laura Ferris, AUSA, who recently commenced maternity leave. Both counsel need additional time to review the discovery, and conduct research and investigation.

More, a preliminary review of the discovery indicates less than 100 pages of discovery, but at least 1,250 possible images on the computer forensic report that may have to be reviewed and analyzed. Defense counsel begins a six-week jury trial on April 14, 2008, and needs a continuance to allow her sufficient time to review the discovery, conduct investigation and research, and consult with the defendant.

Therefore, IT IS STIPULATED between the parties that the time period between the signing of this Order up to and including June 16, 2008, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation of counsel.

Dated:   April 8, 2008

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Caro Marks
_____
CARO MARKS
Attorney for Defendant
ELDEN RAY CIBART

/s/ Philip Ferrari
_____
PHILIP FERRARI
Assistant United States Attorney

**ORDER**

Name of Pleading: Cibart S/O        -2-

1 UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
2 ordered that the April 14, 2008, status conference hearing be continued
3 to June 16, 2008, at 8:30 a.m.  Based on the representation of defense
4 counsel and good cause appearing there from, the Court hereby finds
5 that the failure to grant a continuance in this case would deny defense
6 counsel reasonable time necessary for effective preparation, taking
7 into account the exercise of due diligence.  The Court finds that the
8 ends of justice to be served by granting a continuance outweigh the
9 best interests of the public and the defendant in a speedy trial.  It
10 is ordered that time up to and including the status conference on June
11 16, 2008 shall be excluded from computation of time within which the
12 trial of this matter must be commenced under the Speedy Trial Act
13 pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and Local Code T-4,
14 to allow defense counsel reasonable time to prepare.
15 Dated:  April 9, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Name of Pleading: Cibart S/O        -3-