1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Senior Litigator
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6
   Attorney for Defendant
7  ELDEN RAY CIBART

8

9
                    IN THE UNITED STATES DISTRICT COURT
10
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
   UNITED STATES OF AMERICA,      ) No. CR-S-07-290 WBS
14                                )
              Plaintiff,          )
15                                ) STIPULATION AND [PROPOSED] ORDER
      v.                          )
16                                )
   ELDEN RAY CIBART,              ) Date:  January 12, 2009
17                                ) Time:  8:30 a.m.
              Defendant.          ) Judge: Hon. William B. Shubb
18                                )
   _____)
19

20
        It is hereby stipulated between the parties, Assistant United
21
   States Attorney Lauris Ferris, and Assistant Federal Defender Caro
22
   Marks, attorney for defendant Elden Ray Cibart, as follows:
23
        The status conference hearing date of November 10, 2008, should be
24
   continued until January 12, 2009.
25
        The parties request a continuance because Ms. Marks is still
26
   recovering from her injuries and defense counsel is arranging with the
27
   government to conduct a forensic examination of the defendant's hard
28

drive.

Therefore, IT IS STIPULATED between the parties that the time period between the signing of this Order up to and including January 12, 2009, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation of counsel.

Dated: October 31, 2008

                                      Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

                                      /s/ Caro Marks
                                      _____
                                      CARO MARKS
                                      Attorney for Defendant
                                      ELDEN RAY CIBART

                                      /s/ Laura Ferris
                                      _____
                                      LAURA FERRIS
                                      Assistant United States Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the November 10, 2008, status conference hearing be continued to January 12, 2009, at 8:30 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant

1  in a speedy trial.  It is ordered that time up to and including the
2  status conference on January 12, 2009 shall be excluded from
3  computation of time within which the trial of this matter must be
4  commenced under the Speedy Trial Act pursuant to 18 U.S.C. §
5  3161(h)(8)(A) and (B)(iv) and Local Code T-4, to allow defense counsel
6  reasonable time to prepare.
7  Dated:  October 31, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Name of Pleading: Cibart S/O       -3-