1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  RACHELLE BARBOUR, #185395
   Attorney for Defendant
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

Attorney for Defendant
ELDEN RAY CIBART

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-07-290 WBS |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND [~~PROPOSED~~]ORDER |
| v. | ) |
| | ) |
| ELDEN RAY CIBART, | ) Date: February 23, 2009 |
| | ) Time: 8:30 a.m. |
| Defendant. | ) Judge: Hon. William B. Shubb |
| _____ | ) |

It is hereby stipulated between the parties, Assistant United States Attorney Laura Ferris, and Assistant Federal Defender Rachelle Barbour, attorney for defendant Elden Ray Cibart, as follows:

The status conference hearing date of January 12, 2009, should be continued until February 23, 2009 at 8:30 a.m.

The parties request a continuance because Ms. Barbour was assigned the case after the accident suffered by prior defense counsel. Ms. Barbour is currently investigating the case and will be reviewing the

1 evidence in San Francisco prior to the next court date.  She must then
2 discuss the case further with Ms. Ferris and Mr. Cibart.
3     Therefore, IT IS STIPULATED between the parties that the time
4 period between the signing of this Order up to and including February
5 23, 2009, be excluded in computing the time within which trial must
6 commence under the Speedy Trial Act, pursuant to 18 U.S.C. §
7 3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation of
8 counsel.  The parties request that the Court continue the matter and
9 exclude time in the interests of justice.

Dated:  January 8, 2009

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


                                    /s/ Rachelle Barbour
                                    _____
                                    RACHELLE BARBOUR
                                    Attorney for Defendant
                                    ELDEN RAY CIBART


                                    /s/ Laura Ferris
                                    _____
                                    LAURA FERRIS
                                    Assistant United States Attorney


**ORDER**

    IT IS SO ORDERED.
Dated:  January 8, 2009

                                    _____
                                    WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE


Name of Pleading: Cibart S/O       -2-