```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  RACHELLE BARBOUR, #185395
    Attorney for Defendant
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
 6  Attorney for Defendant
    ELDEN RAY CIBART
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-07-00290-WBS |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) CONTINUING STATUS CONFERENCE |
| | ) |
| ELDEN RAY CIBART, | ) Date:  April 6, 2009 |
| | ) Time:  8:30 a.m. |
| Defendant. | ) Judge: Hon. William B. Shubb |
| _____ | ) |

It is hereby stipulated between the parties, Assistant United States Attorney Laura Ferris, and Assistant Federal Defender Rachelle Barbour, attorney for defendant, ELDEN RAY CIBART, as follows:

The Status Conference hearing date of February 23, 2009, should be continued until April 6, 2009.

This continuance is requested because Ms. Barbour is conducting ongoing investigation and needs additional time to discuss the case further with Ms. Ferris and Mr. Cibart.

///

///

1      Therefore, IT IS STIPULATED between the parties that the time
2 period between the signing of this Order up to and including April 6,
3 2009, be excluded in computing the time within which trial must
4 commence under the Speedy Trial Act, pursuant to 18 U.S.C. §
5 3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation of
6 counsel.  The parties request that the Court continue the matter and
7 exclude time in the interests of justice.

Dated: February 19, 2009
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                        */s/ Rachelle Barbour*
                                        _____
                                        RACHELLE BARBOUR
                                        Attorney for Defendant
                                        ELDEN RAY CIBART


                                        */s/ Rachelle Barbour for*
                                              *Laura Ferris*
                                        _____
                                        LAURA FERRIS
                                        Assistant United States Attorney


                                                 **ORDER**

**IT IS SO ORDERED**

Dated: February 20, 2009

                                        _____
                                        WILLIAM B. SHUBB
                                        UNITED STATES DISTRICT JUDGE