1 | LAWRENCE G. BROWN
Acting United States Attorney
2 | LAUREL D. WHITE
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California 95814
4 | Telephone: (916) 554-2700





JUL 23 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,            )    CASE NO. S-07-290-WBS
                                        )
12 |                     Plaintiff,     )    VIOLATIONS: 18 U.S.C. §
                                        )    2252(a)(4)(B) - Possession of
13 |     v.                              )    One or More Matters Containing
                                        )    a Visual Depiction of a Minor
14 | ELDEN RAY CIBART,                    )    Engaged in Sexually Explicit
                                        )    Conduct; 18 U.S.C. § 2252(a)(2)
15 |                     Defendant.      )    - Receipt of a Visual Depiction
                                        )    of a Minor Engaged in Sexually
16 |                                     )    Explicit Conduct (4 counts); 18
                                        )    U.S.C. § 2253 - Forfeiture
17 | _____)

18            S U P E R S E D E I N G   I N D I C T M E N T

19 | COUNT ONE:    [18 U.S.C. § 2252(a)(4)(B) - Possession of One or
                  More Matters Containing a Visual Depiction of a Minor
20 |                Engaged in Sexually Explicit Conduct]

21       The Grand Jury charges:  T H A T

22                          ELDEN RAY CIBART,

23 | defendant herein, on or about January 18, 2006, in the County of

24 | Shasta, State and Eastern District of California, did knowingly

25 | possess matter, to wit: at least one computer hard drive and computer

26 | disks, each of which contained a visual depiction which was produced

27 | using materials which had been mailed, shipped, and transported in

28 | interstate and foreign commerce, and which visual depiction was

                                    1

1  transported and shipped in interstate commerce, by any means including
2  by computer, and the production of which visual depiction involved the
3  use of a minor engaged in sexually explicit conduct as defined in
4  Title 18, United States Code, Section 2256, and which visual depiction
5  was of such conduct, all in violation of Title 18, United States Code,
6  Section 2252(a)(4)(B).

7  COUNT TWO:      [18 U.S.C. § 2252(a)(2) - Receipt of a Visual Depiction
                    of a Minor Engaged in Sexually Explicit Conduct]
8

9       The Grand Jury further charges:  T H A T

10                    ELDEN RAY CIBART,

11  defendant herein, on or about October 9, 2005, in the County of
12  Shasta, State and Eastern District of California, did knowingly
13  receive a visual depiction that had been mailed, shipped, and
14  transported in interstate and foreign commerce, and which contained
15  materials which had been so mailed, shipped, and transported, by any
16  means including by computer, and which, as the defendant then knew,
17  the production of said visual depiction involved the use of a minor
18  engaged in sexually explicit conduct as defined in Title 18, United
19  States Code, Section 2256, and the visual depiction was of such
20  conduct, all in violation of Title 18, United States Code, Section
21  2252(a)(2).

22  COUNT THREE:    [18 U.S.C. § 2252(a)(2) - Receipt of a Visual Depiction
                    of a Minor Engaged in Sexually Explicit Conduct]
23

24       The Grand Jury further charges:  T H A T

25                    ELDEN RAY CIBART,

26  defendant herein, on or about January 7, 2006, in the County of
27  Shasta, State and Eastern District of California, did knowingly
28  receive, via computer, a video file entitled, "bibcam 12yo Caddy_super

                              2

1  cute boy jerks.avi", which contained a visual depiction that had been
2  mailed, shipped, and transported in interstate and foreign commerce,
3  and which contained materials which had been so mailed, shipped, and
4  transported, by any means including by computer, and which, as the
5  defendant then knew, the production of said visual depiction involved
6  the use of a minor engaged in sexually explicit conduct as defined in
7  Title 18, United States Code, Section 2256, and the visual depiction
8  was of such conduct, all in violation of Title 18, United States Code,
9  Section 2252(a)(2).

10 COUNT FOUR:      [18 U.S.C. § 2252(a)(2) - Receipt of a Visual Depiction
11                   of a Minor Engaged in Sexually Explicit Conduct]

12      The Grand Jury further charges:  T H A T

13                   ELDEN RAY CIBART,

14 defendant herein, on or about January 9, 2006, in the County of
15 Shasta, State and Eastern District of California, did knowingly
16 receive, via computer, a video file entitled, "Bibcam - Cool
17 Shows.mpg," which contained a visual depiction that had been mailed,
18 shipped, and transported in interstate and foreign commerce, and which
19 contained materials which had been so mailed, shipped, and
20 transported, by any means including by computer, and which, as the
21 defendant then knew, the production of said visual depiction involved
22 the use of a minor engaged in sexually explicit conduct as defined in
23 Title 18, United States Code, Section 2256, and the visual depiction
24 was of such conduct, all in violation of Title 18, United States Code,
25 Section 2252(a)(2).
26 ///
27 ///
28 ///

3

1   COUNT FIVE:    [18 U.S.C. § 2252(a)(2) - Receipt of a Visual Depiction
2                  of a Minor Engaged in Sexually Explicit Conduct]

3        The Grand Jury further charges:  T H A T

4                            ELDEN RAY CIBART,

5   defendant herein, on or about January 16, 2006, in the County of
6   Shasta, State and Eastern District of California, did knowingly
7   receive, via computer, video files entitled, "1.mpg", "Bibcam Asian 13
8   Yo.mpg", "11yr blonde boy fuck.wmv", and "(Pthc)[Boy](Webcam) Haduri -
9   Korean 12yo(Perfect Cum).asf", which contained a visual depiction,
10  that had been mailed, shipped, and transported in interstate and
11  foreign commerce, and which contained materials which had been so
12  mailed, shipped, and transported, by any means including by computer,
13  and which, as the defendant then knew, the production of said visual
14  depiction involved the use of a minor engaged in sexually explicit
15  conduct as defined in Title 18, United States Code, Section 2256, and
16  the visual depictions were of such conduct, all in violation of Title
17  18, United States Code, Section 2252(a)(2).

18                        FORFEITURE ALLEGATION

19       Upon conviction for violating 18 U.S.C. § 2252(a)(4)(B), as
20  alleged in Count One, and 18 U.S.C. § 2252(a)(2) as alleged in Counts
21  Two through Five, defendant ELDEN RAY CIBART shall forfeit to the
22  United States, pursuant to Title 18, United States Code, Section 2253,
23  his interest in any and all matter which contain visual depictions
24  possessed, transported, shipped or received in violation thereof; any
25  property constituting or traceable to gross profits or other proceeds
26  the defendant obtained directly or indirectly as a result of the said
27  violations; and any and all property used or intended to be used in
28  any manner or part to commit and to promote the commission of the

                                4

1 | aforementioned violations, including but not limited to the following:

2 |     (1)   One Maxtor hard drive, Serial Number R3036A4S;

3 |     (2)   One Seagate hard drive, Serial Number 3HT0QHPY; and

4 |     (3)   Computer disks containing visual depictions of minors

5 |             engaged in sexually explicit conduct.

6 |     If any property subject to forfeiture, as a result of the

7 | offenses alleged in Counts One through Five of this Superseding

8 | Indictment cannot be located upon the exercise of due diligence; has

9 | been transferred or sold to, or deposited with, a third person; has

10 | been placed beyond the jurisdiction of the Court; has been

11 | substantially diminished in value; or has been commingled with other

12 | property which cannot be subdivided without difficulty, it is the

13 | intent of the United States, pursuant to 18 U.S.C. § 2253(b)

14 | (incorporating therein 21 U.S.C. § 853(p)), to seek forfeiture of any

15 | other property of said defendant up to the value of the property

16 | subject to forfeiture.

17 |

18 |                                   A TRUE BILL
                                /s/ Signature on file w/AUSA

19 |                                   FOREPERSON

20 |
     LAWRENCE G. BROWN
21 | Acting United States Attorney

5

## PENALTY SLIP
### SUPERSEDING INDICTMENT 2:07-cr-290 WBS

**DEFENDANT:**     **ELDEN RAY CIBART**

COUNT 1:     18 U.S.C. § 2252(a)(4)(B) - Possession of One or More Matters Containing a Visual Depiction of a Minor Engaged in Sexually Explicit Conduct

PENALTY:     Not more than 10 years imprisonment,
Not more than a $250,000 fine, or both,
Not less than 5 years up to a lifetime term of supervised release

COUNTS 2-5:     18 U.S.C. § 2252(a)(2) - Receipt of a Visual Depiction of a Minor Engaged in Sexually Explicit Conduct

PENALTY:     Not less than 5 years and not more than 20 years imprisonment,
Not more than a $250,000 fine, or both,
Not less than 5 years up to a lifetime term of supervised release

FORFEITURE
ALLEGATION:     18 U.S.C. § 2253 - Forfeiture

PENALTY:     As indicated in the Indictment.

STATUTORY
ASSESSMENT:     $100 for each count.

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
vs.

### ELDEN RAY CIBART

## S U P E R S E D I N G  I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. § 2252(a)(4)(B) - Possession of One
or More Matters Containing a Visual Depiction of a Minor
Engaged in Sexually Explicit Conduct; 18 U.S.C. § 2252(a)(2) -
Receipt of a Visual Depiction of a Minor Engaged in Sexually
Explicit Conduct (4 Counts); 18 U.S.C. § 2253 - Forfeiture

*A true bill,*

_____ / _S_ / _____
                                        *Foreman.*

*Filed in open court this* _____ 23 _____ *day*

*of* _____ July _____ , *A.D. 20* _ 09 _

_____
                                        *Clerk.*

*Bail, $* _____

**NO PROCESS NECESSARY**

GPO 863 525