```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Senior Litigator
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
 6
    Attorney for Defendant
 7  ELDON RAY CIBART
```

FILED
SEP 2 1 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-07-290 WBS |
| ) | |
| Plaintiff, ) | |
| ) | WAIVER OF RIGHT TO TRIAL BY JURY |
| v. ) | AND CONSENT TO COURT TRIAL |
| ) | |
| ELDON RAY CIBART, ) | |
| ) | Date: Nov. 10, 2009 |
| Defendant. ) | Time: 8:30 a.m. |
| ) | Judge: Hon. William B. Shubb |
| _____ ) | |

I, ELDON RAY CIBART, do hereby waive and give up my right to be tried by a jury in the above-entitled action.

My attorney has explained to me and I fully understand that I have an absolute constitutional right to a jury trial on the criminal charges pending against me in the Superceding Indictment.

I understand that by waiving a trial by jury, I am giving up the following rights:

(1) the right to participate in jury selection including the right to question the jurors as to their background and

        biases and to remove potential jurors for cause or by peremptory challenge;

(2) the right to have twelve members of the community render a verdict in my case;

(3) the right to a unanimous verdict where, to find me guilty, the jurors would have to find that the government had proved its case beyond a reasonable doubt.

I further understand that by waiving trial by jury, I am consenting to a trial by the Judge alone. I understand that the Judge alone will decide my guilt or innocence.

My attorney has explained my right to a jury trial to me and has further explained the consequences of my waiver of jury trial. I now knowingly, freely and voluntarily waive and give up my right to a jury trial and agree to be tried by a Judge alone.

I declare under penalty of perjury that the preceding is true and correct.

Executed on September 21, 2009.

*[signature: Eldon Ray Cibart]*

ELDON RAY CIBART
(Original retained by attorney)

I have discussed with my client his right to trial by jury in the above-captioned case. I have explained his right to participate in jury selection, to a jury of his peers, and to a unanimous verdict. I have explained to him that if he waives his right to trial by jury, his case will be heard and decided by a judge alone. I have explained to him that if he waives his right to trial by jury, the judge alone will render a verdict. We have discussed the benefits and disadvantages of trial by jury and trial by court. I am satisfied that my client is

Cibart/Waiver         -2-

1  giving up his right to trial by jury knowingly, voluntarily and
2  intelligently, and with full understanding of the consequences of his
3  waiver.
4  Dated:  September 21, 2009

_____
CARO MARKS
Counsel for ELDON RAY CIBART

10  Approved as to form and content.

_____
LAUREL D. WHITE
ASSISTANT UNITED STATES ATTORNEY

The court finds that defendant has knowingly and voluntarily waived the right to jury trial.

APPROVED AND SO ORDERED

William Va Shubb
United States District Judge

9/21/2009.

Cibart/Waiver                                        -3-