BENJAMIN B. WAGNER
United States Attorney
LAUREL D. WHITE
Assistant U.S. Attorney
501 I Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 554-2780

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. S-07-290-WBS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | GOVERNMENT'S EX PARTE MOTION FOR DISCLOSURE OF GRAND JURY TESTIMONY AND TRANSCRIPTS AND PROPOSED ORDER |
| ELDEN RAY CIBART, | ) | |
| Defendant. | ) | DATE: January 20, 2010<br>TIME: 9:00 a.m.<br>JUDGE: Hon. William B. Shubb |

The government hereby respectfully requests that this court order the disclosure of the grand jury transcripts of the testimony of ICE Special Agent Ross Godwin to the defense in the above-entitled case. Agent Godwin is scheduled to testify during the trial of defendant Elden Ray Cibart.

Date: January 8, 2010                    Respectfully submitted,

                                         BENJAMIN B. WAGNER
                                         United States Attorney

                                    By:  /s/ Laurel D. White
                                         LAUREL D. WHITE
                                         Assistant U.S. Attorney

1

1 **ORDER**

2    Upon Application of the United States of America and good
3 cause having been shown,
4    IT IS HEREBY ORDERED that the transcripts of the Grand Jury
5 testimony of ICE Special Agent Ross Godwin shall be disclosed to
6 the defense in the above-entitled case.

8 **IT IS SO ORDERED.**
9 DATED:  January 11, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE