1  BENJAMIN B. WAGNER
   United States Attorney
2  LAUREL WHITE
   Assistant United States Attorneys
3  MI YUNG PARK
   Trial Attorney
4  501 I Street, Suite 10-100
   Sacramento, California 95814
5  Telephone: (916) 554-2700

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,    ) CASE NO. CR. S-07-290 WBS
11                              )
                Plaintiff,      ) GOVERNMENT'S WITNESS LIST
12                              )
                v.              )
13                              ) DATE: January 20, 2010
                                ) TIME: 9:00 a.m.
14 ELDEN RAY CIBART,            ) CTRM: Hon. William B. Shubb
                                )
15              Defendant.      )
                                )
16

17     The government hereby submits its list of potential witnesses

18 for trial in the above-entitled matter.  The government reserves the

19 right to request to present additional witnesses, not on this list,

20 that may become necessary during the government's case-in-chief, or

21 to rebut evidence presented during the defendant's case-in-chief.

22 1.   Paul Cales, Investigator, Carter County DCBS Office

23 2.   William Cibart

24 3.   Ross Godwin, Special Agent, ICE

25 4.   Matthew Goward, Computer Forensic Specialist, CEOS

26 5.   Da Shun Li, Special Agent, ICE, Forensic Expert

27 6.   Lance Loper, U.S. Postal Service

28 7.   Alan Mellon, Redding Police Department

8. Dr. Angela Rosas, Children's Specialists Medical Group
9. William Schueller, Redding Police Department
10. Neil Wheeler, Special Agent, FBI
11. Ed Hannigan, CTO, Custodian of Records, Giganews, Inc./Giganews.com

DATED: January 14, 2010          Respectfully submitted,

                                 BENJAMIN B. WAGNER
                                 United States Attorney

                                 By:    /S/ LAUREL WHITE
                                 LAUREL WHITE
                                 Assistant U.S. Attorney


                                 By:    /S/ MI YUNG PARK
                                 MI YUNG PARK
                                 Trial Attorney