```
BENJAMIN B. WAGNER
United States Attorney
LAUREL D. WHITE
Assistant U.S. Attorney
501 I Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 554-2780
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>ELDEN RAY CIBART,<br><br>        Defendant. | CR. S-07-290-WBS<br><br>GOVERNMENT'S EX PARTE MOTION FOR DISCLOSURE OF DOCUMENTS OBTAINED PURSUANT TO GRAND JURY SUBPOENA; ~~PROPOSED~~ ORDER.<br><br>DATE: January 20, 2010<br>TIME: 9:00 a.m.<br>JUDGE: Hon. William B. Shubb |

    The government hereby respectfully requests that this court order the disclosure of the business records obtained pursuant to Grand Jury Subpoena 2009B-27-02. The Government intends to offer the documents during the Government's case and the testimony of Ronald Yokubaitis, CEO of Giganews.com.

Date: January 14, 2010          Respectfully submitted,

                                      BENJAMIN B. WAGNER
                                    United States Attorney

                              By: /s/ Laurel D. White
                                  LAUREL D. WHITE
                                  Assistant U.S. Attorney

**ORDER**

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the business records obtained pursuant to Grand Jury Subpoena 2009B-27-02 may be disclosed for purposes of their use at trial and shall be disclosed to the defense in the above-entitled case.

**IT IS SO ORDERED.**

DATED: January 14, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE