1  BENJAMIN B. WAGNER
   United States Attorney
2  LAUREL WHITE
   Assistant United States Attorneys
3  MI YUNG PARK
   Trial Attorney
4  501 I Street, Suite 10-100
   Sacramento, California 95814
5  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CR. S-07-290 WBS |
|---|---|
| Plaintiff, | GOVERNMENT'S EXHIBIT LIST |
| v. | DATE: January 20, 2010 |
| | TIME: 9:00 a.m. |
| ELDEN RAY CIBART, | CTRM: Hon. William B. Shubb |
| Defendant. | |

The United States of America anticipates introducing the following exhibits at trial.  The government reserves the right to introduce additional evidence at trial not listed here.

| No. | Description | Identified | Admitted |
|---|---|---|---|
| 1 | Kitchen computer | | |
| 1(a) | Seagate Hard Drive | | |
| 1(a)(1) | Forensic copy of data from Seagate hard drive | | |
| 1(a)(2) | Forensic copy of data from Seagate hard drive | | |
| 2 | Bedroom Computer | | |
| 2(a) | Maxtor Hard Drive | | |
| 2(a)(1) | Forensic copy of data from Maxtor hard drive | | |

| No. | Description | Identified | Admitted |
|---|---|---|---|
| 3 | Floppy Discs Bag | | |
| 3 (a) | Floppy disc 8 | | |
| 3(a)(1) | jesse127[1].jpg | | |
| 3(a)(2) | jesse129[1].jpg | | |
| 3(a)(3) | jesse131[1].jpg | | |
| 3(a)(4) | jesse132[1].jpg | | |
| 3(a)(5) | jesse134[1].jpg | | |
| 3(a)(6) | jesse135[1].jpg | | |
| 3(a)(7) | jesse136[1].jpg | | |
| 3(a)(8) | jesse139[1].jpg | | |
| 3(a)(9) | jesse141[1].jpg | | |
| 3(b) | Floppy disc 15 | | |
| 3(b)(1) | jessieboy2.jpg | | |
| 3(b)(2) | jessieboy3.jpg | | |
| 3(c) | Floppy disc 16 | | |
| 3(c)(1) | FotoFan_AAX.jpg | | |
| 3(d) | Floppy disc 25 | | |
| 3(d)(1) | !jess002ndex.jpg | | |
| 3(d)(2) | !jess003ndex.jpg | | |
| 3(d)(3) | !jess004ndex.jpg | | |
| 3(d)(4) | !jess006ndex.jpg | | |
| 3(d)(5) | !jess010ndex.jpg | | |
| 3(e) | Floppy disc 55 | | |
| 3(e)(1) | 564.jpg | | |
| 3(e)(2) | 566.jpg | | |
| 3(e)(3) | jessie_dcp02569.jpg | | |
| 3(f) | Floppy disc 56 | | |
| 3(f)(1) | 563.jpg | | |
| 3(f)(2) | 571.jpg | | |
| 3(f)(3) | 574.jpg | | |

| No. | Description | Identified | Admitted |
|---|---|---|---|
| 3(f)(4) | 575.jpg | | |
| 3(f)(5) | 576.jpg | | |
| 3(f)(6) | 579.jpg | | |
| 3(f)(7) | 584.jpg | | |
| 3(f)(8) | 586.jpg | | |
| 3(f)(9) | 587.jpg | | |
| 3(f)(10) | 588.jpg | | |
| 3(g) | Floppy disc 59 | | |
| 3(g)(1) | j_nude_255_jacking04.jpg | | |
| 3(g)(2) | j_nude_256_jacking04.jpg | | |
| 3(g)(3) | j_nude_257_jacking04.jpg | | |
| 3(g)(4) | j_nude_258_jacking04.jpg | | |
| 3(g)(5) | j_nude_259_jacking04.jpg | | |
| 3(g)(6) | j_nude_296_jacking04.jpg | | |
| 3(g)(7) | j_nude_261_jacking04.jpg | | |
| 3(h) | Floppy disc 43 | | |
| 3(h)(1) | dcp02539.jpg | | |
| 3(h)(2) | dcp02577.jpg | | |
| 4(a) | p250.jpg | | |
| 4(b) | 055.jpg | | |
| 4(c) | 055_1.jpg | | |
| 4(c)(1) | 055_1.jpg Originating news thread | | |
| 4(d) | 111.jpg | | |
| 4(e) | 112.jpg | | |
| 5(a) | Jessie - 142.jpg | | |
| 5(b) | Scrump 05.jpg | | |
| 5(c) | Taddy (zaiki\)-046.jpg | | |
| 5(d) | Taddy (zaiki\)-072.jpg | | |
| 5(e) | Taddy (zaiki\)-074.jpg | | |
| 6 | Floppy disc containing Exhibits 6(a) through 6(f) | | |

| No. | Description | Identified | Admitted |
|---|---|---|---|
| 6(a) | Disc with "bibcam12yo Caddy_super cute boy jerks.avi" video | | |
| 6(b) | Disc with video "Bibcam - Cool Shows.mpg" | | |
| 6(c) | "Bibcam Asian 13 Yo.mpg" | | |
| 6(d) | "11yr blonde boy fuck.wmv" | | |
| 6(e) | "(Pthc) [Boy] (Webcam) Haduri - Korean 12yo (Perfect Cum).asf" | | |
| 6(f) | "1.mpg" | | |
| 7 | Government Forensic Expert Report ("GFER") | | |
| 7(aa) | Top portion of Attachment A to Gov't Forensic Expert Report ("GFER") | | |
| 7(ab) | Bottom portion of Attachment A to Gov't Forensic Expert Report ("GFER") | | |
| 7(a)(1) | Attachment A1 to GFER | | |
| 7(a)(3) | Attachment A3 to GFER | | |
| 7(a)(6) | Attachment A6 to GFER | | |
| 7(a)(7) | Attachment A7 to GFER | | |
| 7(b)(1) | Attachment B1 to GFER | | |
| 7(b)(3) | Attachment B3 to GFER | | |
| 7(b)(4) | Attachment B4 to GFER | | |
| 7(b)(5) | Attachment B5 to GFER | | |
| 7(c)(1) | Attachment C1 to GFER | | |
| 7(c)(2) | Attachment C2 to GFER | | |
| 7(e) | Attachment E to GFER | | |
| 7(e)(1) | Attachment E1 to GFER | | |
| 7(g) | Attachment G to GFER | | |
| 7(g)(1) | Attachment G1 to GFER | | |
| 7(h) | Attachment H to GFER | | |
| 7(i) | Attachment I to GFER | | |
| 7(i)(1) | Attachment I1 to GFER | | |
| 7(j) | Data File Images Attachment J | | |
| 7(j)(1) | Maxtor Attachments Folder Attachment J1 | | |
| 7(k)(1) | Internet History for Maxtor Hard drive Attachment K1 | | |
| 7(l) | Recently Played Videos on Maxtor hard drive Attachment L | | |

| No. | Description | Identified | Admitted |
|---|---|---|---|
| 7(l)(1) | DFC07-17 MaxtorHDD\C\unzipped\xnews\downloads | | |
| 8 | Xnews document | | |
| 8(a) | Giganews Registration Information - Seagate hard drive | | |
| 8(b) | List of Newsgroups found in Xnews program data - Seagate HD | | |
| 8(c) | List of Newsgroups Accessed - Seagate HD | | |
| 9(a) | Seagate HD bookmarks | | |
| 9(b) | Maxtor HD bookmarks | | |
| 10 | Giganews Registration Information - Maxtor HD | | |
| 10(a) | Newsgroups in data folder on Maxtor HD | | |
| 11 | Newsgroup Provider Chart | | |
| 12 | Certified Copy of Birth Certificate of "Jessie" victim | | |
| 13 | Certified Copy of Birth Certificate of "Theboyz" victim | | |
| 14 | Panacea.dat file info | | |
| 15(a-f) | Giganews Subscriber business records | | |
| 16 | 11yr blonde boy fuck.wmv.001 Newsgroup info | | |
| 17(a) | Picture of Dining area computer, desk area with computer and monitor | | |
| 17(b) | Picture of CU of dining room monitor, Eagle screen saver | | |
| 17(c) | Picture of Dining area, HP computer tower | | |
| 17(d) | Picture of CU of dining room monitor, You Tube screen | | |
| 17(e) | Picture of Side view of computer 1 | | |
| 17(f) | Picture of Seagate HD in HP computer | | |
| 17(g) | Picture of CU of Seagate HD | | |

| No. | Description | Identified | Admitted |
|---|---|---|---|
| 17(h) | Picture of Photo of back of HP computer with power cords | | |
| 17(i) | Picture of HP computer with property sheet | | |
| 17(j) | Picture of HP computer with property sheet, showing Serial Number | | |
| 17(k) | Picture of Bedroom computer, desk with computer tower and monitor | | |
| 17(l) | Picture of Photo of back of bedroom computer with power cords | | |
| 17(m) | Picture of Bedroom computer with property sheet | | |
| 17(n) | Picture of Side view of bedroom computer holding Maxtor HD | | |
| 17(o) | Picture of CU of Maxtor HD | | |
| 17(p) | Picture of Bedroom computer opened showing Maxtor HD and property sheet | | |
| 18(a) | Consent to Search Form Re: Computers 1-18-06 signed by Cibart and Schueller | | |
| 18(b) | Consent to Search Form HP computer and floppy discs 1-18-06 signed by Cibart and Mellon | | |
| 18(c) | Redding PD Property Record 1-18-06 Re: HP computer | | |
| 18(d) | Redding PD Property Record 1-18-06 Re: Mid Tower (home built) computer | | |
| 18(e) | Redding PD Property Record 10-17-06 Re: Seagate, Maxtor hard drive | | |
| 18(f) | Redding PD Property Record 1-18-06 Re: Box, hundreds of 3.5 floppy discs | | |
| 18(g) | ICE Custody Receipt and Property Form 10-17-06 Seagate-Maxtor hard drive | | |

6

| No. | Description | Identified | Admitted |
|---|---|---|---|
| 18(h) | ICE Custody Receipt and Property Form 6-12-07 floppy discs | | |
| 18(i) | ICE Custody Receipt and Property Form 3 DVD's - Encase Forensic Images of Seagate and Maxtor hard drives | | |
| 18(j)(1-5) | CEOS Chain of Custody Report | | |
| 19 | Layout of Cibart's residence | | |
| 20 | Summary Chart of Child pornographic images found on floppy discs | | |
| 21(a-d) | U.S. Postal Service Employment Records for Elden Cibart | | |
| 22 - 73 | Floppy Discs referenced in Exh. 20 | | |
| 74 | Redding PD box that held floppy discs Exhs. 22 - 73 | | |
| 75 | Email to Christian pen pals | | |
| 77 | Pediatrician Expert Report | | |
| | | | |
| | | | |

```
 1  DATED: January 20, 2010           Respectfully submitted,

 2                                    BENJAMIN B. WAGNER
                                      United States Attorney
 3

 4                                    By:    /S/ LAUREL WHITE
                                      LAUREL WHITE
 5                                    Assistant U.S. Attorney

 6

 7                                    By:    /S/ MI YUNG PARK
                                      MI YUNG PARK
 8                                    Trial Attorney
```