# United States District Court
# Eastern District of California

Before the Honorable **WILLIAM B. SHUBB, JUDGE**

**\*\*\*AMENDED\*\*\* CRIMINAL TRIAL MINUTES**

---

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**ELDEN RAY CIBART,**<br><br>**Defendant.** | CASE #: CR-S-07-290-01    Time in Court: **5:26**<br>DATE: Jan. 20, 2010<br>Deputy Clerk: Karen Kirksey Smith<br>Court Reporter: Kathy Swinhart |

**For the Government**
Laurel White/Mi Yung C. Park, DOJ
Assistant United States Attorney

**For the Defendant(s)**
Caro Marks/ Douglas Beevers
[X] Assistant Federal Defenders
[ ] Appointed    [ ] Retained

**Defendant**
[x] Present  [ ] In Custody  [ ] O/R  [X] Bail  [ ] No Appearance  [ ] Waived  [ ] Failed to Appear

**Court Trial (Day 1);**
**Hearing on Motions:**    1) Defendant's Motion for Discovery [72] - MOOT; and
                          2) Defendant's Ex Parte Application to File Affidavit Under Seal [75] - DENIED

| | |
|---|---|
| 9:00 a.m. | Trial commences. Court confers with counsel re defendant's motion for discovery. Counsel argue. The motion is resolved by the parties and is therefore moot. |
| 9:11 a.m. | Government counsel makes opening statements |
| 9:23 a.m. | Defense counsel makes opening statements. |
| 9:30 a.m. | Court denies defendant's ex parte application to file affidavit under seal. |
| 9:31 a.m. | Witness William C. Cibart called and sworn to testify by Government. [Exhibits Identified and/or Admitted: 19 .] |
| 10:18 a.m. | Court takes morning recess. |
| 10:34 a.m. | Trial resumes. Witness William C. Cibart on cross-examination by Defendant. [Exhibits Identified and/or Admitted: 19.] |
| 10:51 a.m. | Witness William C. Cibart on re-direct by Government. Witness excused, but subject to recall by Government. |
| 10:53 a.m. | Witness Alan Mellon called and sworn to testify by Government. [Exhibits Identified and/or Admitted: 18a, 18b .] |
| 11:15 a.m. | Witness Alan Mellon on cross-examination by Defendant. |
| 11:20 a.m. | Witness Alan Mellon on re-direct by Government. Witness excused. |

| Time | Event |
|---|---|
| 11:21 a.m. | Witness William Schueller called and sworn to testify by Government. [Exhibits Identified and/or Admitted: 18a, 18b .] |
| 11:58 a.m. | Court takes lunch recess. |
| 1:30 p.m. | Trial resumes.  Witness William Schueller resumes on direct by Government. [Exhibits Identified and/or Admitted: 17a, 17b, 17 c, 17d, 17k, 17i, 17j, 18c, 17g, 18e, 1a, 17m, 17n, 17o, 18d, 2a, 18f, 74 .] |
| 2:03 p.m. | Witness William Schueller on cross-examination by Defendant. [Exhibits Identified and/or Admitted: 17d.] |
| 2:19 p.m. | Witness William Schueller on re-direct by Government. |
| 2:23 p.m. | Witness William Schueller on re-cross by Defendant. |
| 2:26 p.m. | Witness William Schueller on re-direct by Government. |
| 2:28 p.m. | Witness William Schueller on re-cross by Defendant.  Witness excused. |
| 2:29 p.m. | Stipulations of the parties read into the record by Government counsel. [Exhibits Identified and/or Admitted: 3a, 3b, 3c, 3d, 3e, 3f, 3g, 3h, 22-73,   .]  Stipulations accepted by the Court **(marked as Exhibits 78 and 79)**. |
| 2:37 p.m. | Witness Ross Eric Godwin called and sworn to testify by Government. [Exhibits Identified and/or Admitted: 74, 1a, 2a, 18g, 18i, 1a1, 1a2, 2a1, 74 .] |
| 3:00 p.m. | Courts  takes afternoon recess. |
| 3:19 p.m. | Trial resumes. Witness Ross Eric Godwin resumes on direct by Government. [Exhibits Identified and/or Admitted: 74, 3, 3a, 3b, 3c, 3d, 3e, 3f, 3g, 3h, 22-73, 3a1, 3a2, 3a3, 3a4, 3a5, 3a6, 3a7, 3a8, 3a9, 3b1, 3b2, 3c1, 3d1, 3d2, 3d3, 3d4, 3d5, 3e1, 3e2, 3e3, 3f1, 3f2, 3f3, 3f4, 3f5, 3f6, 3f7, 3f8, 3f9, 3f10, 3g1, 3g2, 3g3, 3g4, 3g5, 3g6, 3g7, 3h1, 3h2, 18h .] |
| 4:02 p.m. | Witness Ross Eric Godwin on cross-examination by Defendant. [Exhibits Identified and/or Admitted: Deft 1, 3a, 3b, 3c, 3d, 3e, 3f, 3g, 3d4 , 3g2.] |
| 4:30 p.m. | Witness Ross Eric Godwin on re-direct by Government.  Witness excused and subject to recall by Defendant. |
| 4:33 p.m. | Court Adjourned.  Case continued to **January 21,  2010 at 9:00 a.m.** |