# United States District Court
# Eastern District of California
Before the Honorable **WILLIAM B. SHUBB, JUDGE**

### CRIMINAL TRIAL MINUTES

| | |
|---|---|
| **UNITED STATES OF AMERICA** | CASE #: CR-S-07-290-01  **Time in Court: 4:56** |
| v. | DATE:  Jan. 21, 2010 |
| **ELDEN RAY CIBART,** | Deputy Clerk: Karen Kirksey Smith |
| **Defendant.** | Court Reporter:  Kathy Swinhart |

**For the Government**
Laurel White/Mi Yung C. Park, DOJ
Assistant United States Attorney

**For the Defendant(s)**
Caro Marks/Douglas Beevers
[X] Assistant  Federal Defenders
[ ] Appointed    [ ] Retained

**Defendant**
[X] Present  [X] Bail

**Court Trial (Day 2):**

| | |
|---|---|
| 9:03 a.m. | Trial commences.   Government counsel reads stipulations into the record (marked as Exhibits 80 and 82). |
| 9:09 a.m. | Witness Matthew Lee Goward called and sworn to testify by Government. [Exhibits Identified and/or Admitted: 1a1, 1a2, 7, 7aa, 7ab, 7b1, 8, 17b, 8a, 8b, 8c.] |
| 10:37 a.m. | Court takes morning recess. |
| 11:23 a.m. | Witness Matthew Lee Goward resumes on direct by Government. [Exhibits Identified and/or Admitted: 1a1, 1a2, 7b3, 7b4 .] |
| 11:51 a.m. | Witness Matthew Lee Goward on voir dire by Defendant. [Exhibits Identified and/or Admitted: 7b4, 1a.] |
| 11:57 a.m. | Witness resumes on direct by Government. [Exhibits Identified and/or Admitted: 5a, 5b, 5c, 5d, 5e.]  Court orders counsel to review Rule 16 issue. |
| 12:07 p.m. | Court takes lunch recess. |
| 1:30 p.m. | Trial resumes.   Court confers with counsel re Rule 16 issue. |
| 1:43 p.m. | Witness Matthew Lee Goward resumes on direct by Government.    [Exhibits Identified and/or Admitted: 7b4, 5b, 14, 6, 7c1 .] |
| 2:23 p.m. | Witness Mattew Lee Goward on voir dire by Defendant. [Exhibits Identified and/or Admitted: 7c1.] |
| 2:27 p.m. | Witness Matthew Lee Goward resumes on direct by Government.    [Exhibits Identified and/or Admitted: 7c1, 7c2, 7g .] |
| 3:05 p.m. | Courts  takes afternoon recess. |

| | |
|---|---|
| 3:24 p.m. | Trial resumes. Witness on re-direct by Government. [Exhibits Identified and/or Admitted: 7c1, 7g, 6c, 7c2, 16, 6, 6e, 7h, 7h1, 7b5, 9a .] |
| 4:27 p.m. | Court Adjourned. Trial continued to **January 22, 2010 at 9:00 a.m.** |