# United States District Court
# Eastern District of California
Before the Honorable **WILLIAM B. SHUBB, JUDGE**

**CRIMINAL TRIAL MINUTES**

---

**UNITED STATES OF AMERICA**

v.

**ELDEN RAY CIBART,**

**Defendant.**

CASE #: CR-S-07-290-01 Time in Court: **1:58**
DATE: Jan. 25, 2010
Deputy Clerk: Karen Kirksey Smith
Court Reporter: Kathy Swinhart

**For the Government**
Laurel White/Mi Yung C. Park, DOJ
Assistant United States Attorney

**For the Defendant(s)**
Caro Marks/Douglas Beevers
[X] Assistant Federal Defenders
[ ] Appointed   [ ] Retained

**Defendant**
[x] Present  [X] **Bail**

## Court Trial (Day 4):

| | |
|---|---|
| 2:13 p.m. | Trial resumes. Witness Matthew Lee Goward resumes on cross-examination by Defendant. [Exhibits Identified and/or Admitted: 7j1, 15d, 15e.] |
| 3:06 p.m. | Court takes brief recess. |
| 3:27 p.m. | Trial resumes. Witness Matthew Lee Goward resumes on cross-examination by Defendant. [Exhibits Identified and/or Admitted: 20.] |
| 3:42 p.m. | Witness Matthew Lee Goward on re-direct by Government. [Exhibits Identified and/or Admitted: 7g, 20, 7b3 .] Witness excused. |
| 3:57 p.m. | Witness Lance Dyer Loper called and sworn to testify by Government. [Exhibits Identified and/or Admitted: 21a, 21b, 21c, 21d .] |
| 4:23 p.m. | Stipulations read into the record by Government (marked as Exhibits 81 and 83). |
| 4:30 p.m. | Court confers with counsel re [80] Government's Motion to Introduce Evidence Under F.R. Evid 402 and 404(B). Matter submitted. |
| 4:32 p.m. | Court Adjourned. Trial continued to **January 26, 2010 at 8:30 a.m.** |