# United States District Court
# Eastern District of California
Before the Honorable **WILLIAM B. SHUBB, JUDGE**

### CRIMINAL TRIAL MINUTES

| | |
|---|---|
| **UNITED STATES OF AMERICA** | CASE #: CR-S-07-290-01  Time in Court: **4:45** |
| v. | DATE: Jan. 26, 2010 |
| **ELDEN RAY CIBART,** | Deputy Clerk: Karen Kirksey Smith |
| Defendant. | Court Reporter: Kathy Swinhart |

**For the Government**
Laurel White/Mi Yung C. Park, DOJ
Assistant United States Attorney

**For the Defendant(s)**
Caro Marks/Douglas Beevers
[X] Assistant Federal Defenders
[ ] Appointed   [ ] Retained

**Defendant**
[X] Present  [X] Bail

**Court Trial (Day 5):**

| Time | Event |
|---|---|
| 9:11 a.m. | Trial resumes. **Witness Dr. Angela Rosas** called and sworn to testify by Government. |
| 9:26 a.m. | Defendants takes witness on voir dire. |
| 9:41 a.m. | Court takes brief recess. |
| 10:04 a.m. | Trial resumes.  Court confers with counsel re case law regarding witness testimony. |
| 10:35 a.m. | Court recessed. |
| 10:43 a.m. | Trial resumes.  Court confers with counsel re witness testimony.  Court marks Defendant's Exhibit E.  (Court orders that defendant shall use letters in marking exhibits.) |
| 10:53 a.m. | Witness resumes on direct by Government.  [Exhibits Identified and/or Admitted: 7b4, 77, 6e, 6c .] |
| 11:19 a.m. | Witness on cross-examination by Defendant.  Court submits defendant's motion to strike this witness' testimony. |
| 11:23 a.m. | Witness on re-direct by Government.  Witness excused. |
| 11:30 a.m. | Government rests. |
| 11:31 a.m. | Defendant moves for Judgment of Acquittal pursuant to Rule 29.  Counsel argue.  Court **DENIES** Defendant's Motion pursuant to Rule 29 as to Counts 1, 2, 3,4, and 5 of Superseding Indictment. |
| 11:55 a.m. | Court takes lunch recess. |
| 1:30 p.m. | Trial resumes.  Government marks Articles as Exhibit 84 and 85. |
| 1:36 p.m. | Witness **William Cibart** recalled on direct by Defendant.  [Exhibits Identified and/or Admitted: B .] |
| 2:03 p.m. | Witness on cross-examination by Government.  Witness excused and subject to recall on rebuttal by Government. |
| 2:09 p.m | Witness **Levi Jarrett Solada** called and sworn to testify by Defendant.  Witness excused. |

| | |
|---|---|
| 2:14 p.m. | Witness **Tammy Loehrs** called and sworn to testify by Defendant. [Exhibits Identified and/or Admitted: C, D, E .] |
| 2:22 p.m. | Witness on voir dire by Government. |
| 2:28 p.m. | Witness resumes on direct by Defendant. [Exhibits Identified and/or Admitted: D .] |
| 2:54 p.m. | Courts takes afternoon recess. |
| 3:15 p.m. | Trial resumes. Witness resumes on direct by Defendant. [Exhibits Identified and/or Admitted: F, D, 7, 7i, 7i2, 7j1, 7a7, 7a3, 7b5, . ] |
| 4:25 p.m. | Court Adjourned. Trial continued to **January 27, 2010 at 9:00 a.m.** |
| | |
| Other: | Pursuant to the Court's <mark>order</mark> as noted above, Defendant's Exhibit 1 (Police Officer's Report) marked for identification on 1/20/2010, is now marked as Defendant's Exhibit <mark>A</mark>. |