UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**RECEIPT FOR EXHIBITS**


**FILED**
JAN 29 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

CASE #: CR 07-290-WBS

CASE TITLE: U.S.A. vs ELDEN RAY CIBART

EXHIBITS RETURNED: All exhibits identified and admitted during trial.

===========================================================

**RECEIVED BY GOVERNMENT:** Laurel White
(Print Name)

SIGNATURE: _Laurel White_

DATE: 1-29-10

**RECEIVED BY DEFENDANT:** Caro Marks
(Print Name)

SIGNATURE: _____

DATE: 1-29-10

===========================================================

DEPUTY CLERK - Karen Kirksey Smith

DATE: 1/29/2010

***PLEASE RETURN THIS RECEIPT TO THE OFFICE OF THE CLERK***

**NOTE:** If exhibits are subsequently required for an appeal, review or new trial, it shall be the specific responsibility of the recipient to maintain the exhibits for that purpose.