```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  LAUREL D. WHITE
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2700
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT FOR THE
 9                 EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   2:07-CR-00290-WBS
                                 )
12          Plaintiff,           )   PRELIMINARY ORDER OF
                                 )   FORFEITURE
13      v.                       )
                                 )
14  ELDEN RAY CIBART,            )
                                 )
15                               )
            Defendant.           )
16  _____)
```

17       Based upon the guilty verdicts entered against defendant Elden
18  Ray Cibart, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:
19       1.   Pursuant to 18 U.S.C. § 2253, defendant Elden Ray Cibart's
20  interest in the following property shall be condemned and forfeited
21  to the United States of America, to be disposed of according to law:
22           a)   One Maxtor hard drive, Serial Number R3036A4S;
23           b)   One Seagate hard drive, Serial Number 3HT0QHPY; and
24           c)   Computer disks containing visual depictions of minor
                  engaged in sexually explicit conduct.
25
26       2.   The above-listed property constitutes property containing
27  visual depictions produced, transported, mailed, shipped or received
28  in violation of 18 U.S.C. §§ 2252(a)(2) and 2252(a)(4)(B), or was

used or intended to be used to commit or to promote the commission of a violation of 18 U.S.C. §§ 2252(a)(2) and 2252(a)(4)(B).

    3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Department of Homeland Security, Customs and Border Protection, in its secure custody and control.

    4. a. Pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Department of Homeland Security, Customs and Border Protection's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site [www.forfeiture.gov](www.forfeiture.gov). The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

       b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

    5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order

///

1   of Forfeiture pursuant to 18 U.S.C. § 2253, in which all interests
2   will be addressed.
3       SO ORDERED this 13th day of April, 2010.
4
5   _____
6   WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE