**Report and Order Terminating Supervised Release
Prior to Original Expiration Date—Notice of Death**

# UNITED STATES DISTRICT COURT

FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No: 2:07CR00290-01 |
| | ) | |
| ELDEN RAY CIBART | ) | |
| | ) | |

On October 4, 2010, the above-named was sentenced to Supervised Release for a period of Life. Supervision commenced on March 23, 2015.

On August 31, 2020, this office was notified by Ron Cibart (defendant's nephew) that Elden Ray Cibart was confirmed dead by the San Francisco coroner on August 28, 2020 (copy of the notification is on file). It is accordingly recommended this case be closed.

**Respectfully submitted,**

**MICHAEL K. MCFARLAND
Supervising United States Probation Officer**

**Dated:** October 16, 2020
Redding, California
MKM:aph

1

**Re:** **Elden Ray Cibart**
**Docket Number:    2:07CR00290-01**
**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date—Notice of Death**

---

# ORDER OF COURT

It appearing that Elden Ray Cibart is deceased, it is hereby ordered the proceedings in this case be terminated and the case closed.

Dated:   October 16, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

(Notification copy on file)

cc:     AUSA (NAME)—Laurel White
        FLU Unit—United States Attorney's Office (victim notification and/or offender estate)
        Fiscal Clerk—Clerk's Office

Rev. 07/2020
PROB35A__REPORT AND ORDER TERMINATING SUPERVISION (EARLY DEATH)